

Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:　　　　　　　　　　　　　　） | Bankruptcy No. 10-37504 RKM |
| 　　　　　　　　　　　　　　　　） | Chapter 7 |
| KAREN CHARLYN AGNEW,　　） | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |
| 　　　　　　Debtor.　　　　　　　） | |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 5.35% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 1 | Cope Family Medicine LC<br>620 East Medical Drive<br>Suite 150<br>Bountiful, UT 84010 | $2.71 |

2

3.  A check in the amount of $2.71 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this _10th_ day of August, 2011.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the _11th_ day of August, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>U.S. Trustees Office
>Ken Garff Building
>405 S. Main Street
>Suite 300
>Salt Lake City, UT 84111

_____
Diane Romero

4811-5767-3226, v. 1